Name: Steven R. Moses
Prison Number: OBCIS # 377868
Place of confinement: Goose Creek Corr. Center
Mailing address: 22301 West Alsop Road
City, State, Zip: Wasilla, Alaska - 99623
Telephone:

RECEIVED
MAR 14 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Steven R. Moses,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Goose Creek Corr. Center,
AK Dept. of Corrections,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:22-CV-00054-JMK
(To be supplied by Court)

PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Steven R. Moses,
(print your name)

who presently resides at Goose Creek Corr. Center,
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, ___Goose Creek Corr. Center___ is a citizen of
(name)
_____, and is employed as a ___AK Government Entity___.
(state)                                    (defendant's government position/title)

___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_(✓)_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, ___AK Dept. of Corrections___ is a citizen of
(name)
_____, and is employed as a ___AK Government Dept.___.
(state)                                    (defendant's government position/title)

___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_(✓)_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                    (defendant's government position/title)

___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

C. **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __02/28/2022__, my civil right to
(Date)
__ANCSA Corporation Dividends / Distribution__
(Medical care, access to the courts, (due process) freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by __Goose Creek Corr. Center — Standards Dept.__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

① On 02/22/2022 I filed a Formal Grievance under FIRST AMENDMENT authority in relation to ANCSA OTA Funds that have been garnished by way of "Attachment"

② Attached to Grievance is an RFI which serves as NOTICE (attachments (1),(2),(3))

③ Page (3) seeks the kind return of my Tribal Funds garnished by "Attachment"

④ The said "Attachment" is construed as a form whereby I am (otherwise alienated) from the ANCSA Tribal Distribution

⑤ ANCSA 43 USCS § 1606 (p) "preempts" any form of "Attachment" issued by the Goose Creek Correctional Center used to garnish the Tribal Funds issued by ANCSA

⑥ ANCSA 43 USCS § 1606 (p) "preempts" any form of "Policy & Procedure" in effect by the AK Dept. of Corrections used to garnish the Tribal Funds issued by ANCSA

⑦ ANCSA Federal Statutes are "MERITOUS" as well as "FACTUALLY CREDIBLE" with lawful force and effect that "preempt" (ANY) & (ALL) AKDOC Policies & Procedures

Claim 2: On or about _____ (Date) _____, my civil right to
_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

⑧ Plaintiff does aver that AKDOC Policy & Procedure is, ~~good~~ (is) legal, and carries with it the Administrative Authority for the State of Alaska with force and effect

⑨ However, Plaintiff asserts that the Federal ANCSA provisions "pre-empt" AKDOC Policy & Procedure for the "Attachment"

⑩ The said "Attachment" has according to the vague term used in ANCSA "otherwise alienated" me from my Tribal Funds issued by Calista

see Venetie I.R.A. Council v. Alaska 944 F.2d 548 (9th Cir. Appeals) (Statutes are to be construed liberally in favor of the Indians; ambiguous provisions are to be interpreted to the Indians' benefit. Blackfeet Tribe 471 US at 766)

✱ Compensatory Relief is Sought — I seek out the FULL $ value of Tribal Deposits plus $10,000.00 in Punitive Damages as AKDOC Policy & Procedure conflict with ANCSA's (purpose) as stated on the next page

Prisoner § 1983 - 4
PS01, Nov. 2013

Claim 3: ~~On or about _____, my civil right to~~
(Date)

~~_____~~
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

~~was violated by _____~~
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

☆ Declaratory Relief is Mandatory ☆
ANCSA Federal Statutes are Controlling

① ANCSA 43 USCS § 1606 (purpose)
   (h) Settlement Common Stock
      (A) Except as otherwise provided for in this Act, Settlement Common Stock of a Regional Corporation shall —

      (ii) permit the holder to receive dividends or other distributions from the corporation

② ANCSA 43 USCS § 1606 (purpose)
   (h) Settlement Common Stock
      (B) Except as otherwise provided for in this subsection, Settlement Common Stock, inchoate rights thereto, and rights to (dividends) or (distributions) declared with respect thereto shall not be —

      (vi) otherwise alienated

③ ANCSA 43 USCS § 1606 (purpose)
   (p) Federal - State conflict of laws. In the event of any conflict between the provisions of this section and the laws of the State of Alaska, the provisions of this section shall prevail.

(Controlling Statutes)

### D. Previous Lawsuits

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action, or otherwise relating to your imprisonment? __✓__ Yes ____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Steven R. Moses

Defendant(s): State of Alaska — Post Conviction Relief

Name and location of court: Nesbett Courthouse

Docket number: 3AN-21-07436 CI  Name of judge: Michael Wolverton "pro tem"

Approximate date case was filed: 09/2021  Date of final decision: TBD

Disposition: ____ Dismissed  ____ Appealed  __✓__ Still pending

Issues Raised: 1st Amend. § 1478 preempts Crim. R. 50 / Civ. R. 81(c)

b. <u>Lawsuit 2</u>:

Plaintiff(s): Steven R. Moses

Defendant(s): Nesbett Courthouse

Name and location of court: Nesbett Courthouse

Docket number: 3:21-cv-00226-JMK  Name of judge: Joshua M. Kindred

Approximate date case was filed: 11/2021  Date of final decision: TBD

Disposition: ____ Dismissed  ____ Appealed  __✓__ Still pending

Issues Raised: Same as above (parallel claims)

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

____ Yes  __✓__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** ___ Yes  ✓ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

N/A

Prisoner § 1983 - 7
PS01, Nov. 2013

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _Calista Deposits_
2. Punitive damages in the amount of $ _10,000.00_
3. An order requiring defendant(s) to _Recognize ANCSA "Preemption"_
4. A declaration that _ANCSA Funds cannot be (otherwise alienated) by AKDOC Policy & Procedure_
5. Other: _ALL ANCSA Members share this "Protection"_

Plaintiff demands a trial by jury. _____ Yes __SM__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Goose Creek Corr. Center_ on _March 10, 2022_
(Location) (Date)

_Steven Moses_
(Plaintiff's Signature)

_Self Represented_
Original Signature of Attorney (if any)   (Date)

Goose Creek Corr. Center
22301 West Alsop Road
Wasilla, Alaska - 99623 -
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Steven R. Moses (#377868)
Goose Creek Correctional Center
22301 West Alsop Road
Wasilla, Alaska - 99623 -

Legal

NEOPOST       FIRST-CLASS MAIL
03/11/2022
US POSTAGE $001.96⁰

ZIP 99654
041M11450739

Attention Civil Clerk
United States District Court
US Federal Building
222 West 7th Avenue #4
Anchorage, Alaska
- 99503 -