# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| STEVEN R. MOSES | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:22-cv-00054-JMK |
| | ) |
| GOOSE CREEK CORRECTIONAL CENTER, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT This action is dismissed without prejudice. All pending motions are denied as moot. This dismissal is Plaintiff's second strike under 28 U.S.C. § 1915(g). If Plaintiff receives a third strike, he will be unable to file lawsuits in federal court without paying the filing fee or demonstrating he in imminent danger of serious physical injury with any request to waive prepayment of the filing fee.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: August 29, 2022

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*